IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-61-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | AMENDED |
| v. | ) | **ORDER** |
| | ) | |
| DONNA MAWHORTER, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion for early termination of supervised release [D.E. 42] not later than January 22, 2021.

SO ORDERED. This 21 day of December 2020.

JAMES C. DEVER III<br>United States District Judge