IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-61-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DONNA MAWHORTER, | ) | |
| | ) | |
| Defendant. | ) | |

On July 23, 2020, Donna Mawhorter ("Mawhorter" or "defendant") moved for early termination of supervised release [D.E. 42]. On January 21, 2021, the government responded in opposition [D.E. 45].

In deciding whether to grants Mawhorter's motion for early termination of supervised release, the court has considered the entire record. For the reasons stated in the government's response, Mawhorter's motion [D.E. 42] is DENIED.

SO ORDERED. This 28 day of January 2021.

JAMES C. DEVER III
United States District Judge